**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY DULEY, | No. 1:24-cv-00346 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS |
| v. | |
| VENEGAS, *et al.*, | (Doc. 12) |
| Defendants. | |

Plaintiff Kelly Duley is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 4, 2026, the then-assigned magistrate judge issued findings and recommendations that this action proceed against: (1) Defendant Sandoval for retaliation in violation of the First Amendment for advertising Plaintiff as a sex offender to other inmates after Plaintiff reported an assault committed by officers on another inmate; (2) Defendants Sandoval, Simpson, and Venegas for retaliation in violation of the First Amendment for advertising Plaintiff as a snitch to other inmates after Plaintiff filed complaints regarding the sexual harassment by Defendants Simpson and Venegas; (3) Defendant Sandoval for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a sex offender to other inmates; and

1

(4) Defendants Sandoval, Simpson, and Venegas for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a snitch to other inmates, leading to Plaintiff's assault by other inmates. (Doc. 12.) The magistrate judge further recommended that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due within 14 days, and advised him that failure to timely object would result in the waiver of certain rights on appeal. (*Id.* at 10, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 4, 2026, (Doc. 16), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's complaint, filed March 22, 2024, (Doc. 1), only against:

   a. Defendant Sandoval for retaliation in violation of the First Amendment for advertising Plaintiff as a sex offender to other inmates after Plaintiff reported an assault committed by officers on another inmate;

   b. Defendants Sandoval, Simpson, and Venegas for retaliation in violation of the First Amendment for advertising Plaintiff as a snitch to other inmates after Plaintiff filed complaints regarding the sexual harassment by Defendants Simpson and Venegas;

   c. Defendant Sandoval for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a sex offender to other inmates; and

   d. Defendants Sandoval, Simpson, and Venegas for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a snitch to other inmates, leading to Plaintiff's assault by other inmates.

///

3.  All other claims are dismissed from this action for failure to state claims upon which relief may be granted.

4.  This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

UNITED STATES DISTRICT JUDGE

3