UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLY DULEY,

Plaintiff,

v.

VENEGAS, *et al.*,

Defendants.

Case No. 1:24-cv-00346-JLT-FJS (PC)

ORDER GRANTING DEFENDANT SANDOVAL'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(ECF No. 23)

Responsive Pleading Due: July 27, 2026

Plaintiff Kelly Duley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against: (1) Defendant Sandoval for retaliation in violation of the First Amendment for advertising Plaintiff as a sex offender to other inmates after Plaintiff reported an assault committed by officers on another inmate; (2) Defendants Sandoval, Simpson, and Venegas for retaliation in violation of the First Amendment for advertising Plaintiff as a snitch to other inmates after Plaintiff filed complaints regarding the sexual harassment by Defendants Simpson and Venegas; (3) Defendant Sandoval for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a sex offender to other inmates; and (4) Defendants Sandoval, Simpson, and Venegas for deliberate indifference in violation of the Eighth Amendment for advertising Plaintiff as a snitch to other inmates, leading to Plaintiff's assault by other inmates.

All three defendants were served pursuant to the court's e-service pilot program. (ECF No. 15.) Following submission of waivers of service of summons, the deadline for Defendants Venegas and Simpson to file their responses to the complaint is July 27, 2026. (ECF Nos. 17, 20.) Defendant Sandoval did not waive service of summons and was personally served on June 11, 2026. (ECF Nos. 18, 19.) Defendant Sandoval's response to the complaint was therefore due on or before July 2, 2026. (ECF No. 19.)

Currently before the court is Defendant Sandoval's *ex parte* application for extension of time to file responsive pleading, filed July 13, 2026. (ECF No. 23.) Plaintiff has not had the opportunity to respond to the motion, but the court finds a response unnecessary. The motion is deemed submitted. Local Rule 203(l).

In support of the motion, counsel for Defendant Sandoval declares that he was assigned to this matter on June 3, 2026. (ECF No. 23.) At the time, CDCR only waived service for Defendants Simpson and Venegas, and therefore he was assigned only to represent Defendants Simpson and Venegas. Counsel timely filed a notice of appearance and waiver of service for these defendants on June 25, 2026. (ECF Nos. 20, 21.) On July 6, 2026, officials at CDCR and Wasco State Prison informed the Office of the Attorney General ("OAG") that they had located Defendant Sandoval and intended to revise the previously filed notice of intent to waive service for Defendant Sandoval. That same day, CDCR provided documentation which allowed the OAG to represent Defendant Sandoval. On July 13, 2026, defense counsel reviewed the docket in this action and realized Defendant Sandoval had been personally served on June 12, 2026, with a July 2, 2026, deadline to file an answer. Counsel promptly prepared the instant request for additional time to file a responsive pleading. An extension of time would allow all Defendants to file a single answer together, by the current responsive pleading deadline for Defendants Simpson and Venegas. (*Id.*)

The court, having considered the request, finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b). Despite the untimely request, the court finds that defense counsel acted diligently and promptly in requesting the extension of time, and the filing of a single response to the complaint will conserve the resources of the court and parties. The deadline

for Defendant Sandoval's responsive pleading will be extended to July 27, 2026. The court further finds that Plaintiff will not be prejudiced by the extension requested here, particularly as this will permit all defendants to file a single responsive pleading.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendant Sandoval's *ex parte* application for extension of time to file responsive pleading, (ECF No. 23), is GRANTED; and
2. Defendant Sandoval (and all other defendants) shall file and serve a response to the complaint on or before July 27, 2026.

IT IS SO ORDERED.

Dated: **July 14, 2026**

UNITED STATES MAGISTRATE JUDGE