UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY DULEY,<br>Plaintiff,<br>v.<br>VENEGAS, *et al.*,<br>Defendants. | Case No. 1:24-cv-00346-JLT-FJS (PC)<br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM NOVEMBER 12, 2026, TO OCTOBER 14, 2026<br>(ECF No. 26) |

This case is currently set for a video settlement conference on November 12, 2026, at 10:00 a.m. before Magistrate Judge Erin Guy Castillo.

Due to a scheduling conflict, the settlement conference is HEREBY RESCHEDULED from November 12, 2026, to October 14, 2026, at 9:30 a.m., before Magistrate Judge Erin Guy Castillo via Zoom videoconference.

1. The parties shall engage in informal settlement negotiations as follows:
   a. No later than September 9, 2026, Plaintiff shall submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.
   b. No later than September 16, 2026, Defendants shall contact, by telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. Defendants' obligation to initiate

contact and participate in settlement negotiations shall apply regardless of whether Plaintiff timely submits the written itemization of damages and settlement demand described in paragraph (a).

2. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than September 23, 2026. Defendants shall email their statement to egcorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Erin Guy Castillo, 2500 Tulare Street, Room 1501, Fresno, CA 93721.
3. All other provisions of the court's July 28, 2026, order, (ECF No. 26), remain in effect.

IT IS SO ORDERED.

Dated: **August 31, 2026**

UNITED STATES MAGISTRATE JUDGE